ORIGINAL

MATTHEW G. WHITAKER
Acting Attorney General
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/8817/9144
Email: michael.wheat@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2019

at 3 o'clock and 15 min. P M
SUE BEITIA, CLERK

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SELLERS,<br><br>Defendant. | Case No. **CR19 00003 JMS**<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Section 1905 –<br>DISCLOSURE OF CONFIDENTIAL<br>INFORMATION |

The United States charges, at all times material:

### INTRODUCTORY ALLEGATIONS

1.    Defendant DANIEL SELLERS ("SELLERS") joined the Honolulu
Police Department (HPD) in 1997, worked as a corporal in the Criminal Intelligence
Unit ("CIU") from 2009 to 2011, became a detective in the Criminal Investigation
Division ("CID"), and eventually returned to CIU as a detective in 2011.   As a

detective in CIU, SELLERS was cross-sworn as a federal agent and deputy.  As a HPD detective and a cross-sworn federal employee, SELLERS had access to several law enforcement sensitive data storage systems used for the investigation of criminal violations, and was required to keep information he obtained from those systems confidential.

2.     Katherine P. Kealoha ("Kealoha") (charged elsewhere) was an attorney licensed to practice in the State of Hawaii.  From 1993 to 2001, Kealoha worked in the Department of the Prosecuting Attorney (DPA) for the City and County of Honolulu, first as an intern, and later as a Deputy Prosecuting Attorney.  From 2001 to 2006, Kealoha was a solo practitioner in Honolulu, practicing  criminal defense, personal injury, and family law.  In 2006, Kealoha returned to work as a Deputy Prosecuting Attorney for the DPA. In 2008, she was appointed the Director of the Office of Environmental and Quality Control for the State of Hawaii.  In 2010, Kealoha returned to the DPA as a Deputy Prosecuting Attorney, and remained there until 2018.  SELLERS and Kealoha met in high school, and continued a friendship and professional relationship for over 20 years.

3.     HPD was the largest police department in the State of Hawaii, and was responsible for providing law enforcement to almost one million residents on the island of Oahu.  The unit of HPD responsible for investigating criminal offenses and assisting in their prosecution was the CID.  CIU—a federally authorized and funded specialized unit of HPD—was responsible  for gathering intelligence and data on

2

terrorism, organized crime, and gang threats facing the City and County of Honolulu. The members of CIU did not collect evidence to be used in the investigation and prosecution of criminal cases, but instead passed intelligence information about criminal threats to other units in HPD and federal law enforcement partners. Title 28, Code of Federal Regulations, Part 23, governs the requirements for law enforcement agencies operating federally funded, multijurisdictional criminal intelligence organizations, such as CIU. Part 23 specifically provides guidance in five primary areas: submission and entry of criminal intelligence information, security, inquiry, dissemination, and the review-and-purge process for intelligence handlers.

4.     On June 22, 2013, Kealoha falsely reported to HPD that a mailbox in front of her personal residence had been stolen. After Kealoha falsely reported the mailbox stolen, HPD leadership and CIU command staff began a criminal investigation of G.K.P, and assigned SELLERS to the investigation.

<u>COUNT 1</u>

<u>Disclosure of Confidential Information – 18 U.S.C. § 1905</u>

5.     The United States realleges and incorporates by reference Introductory Allegations 1 through 4 of this Information.

6.     Beginning on a date not later than June 22, 2013, and continuing through June 30, 2013, within the District of Hawaii, defendant DANIEL SELLERS being an employee of the United States, did knowingly divulge, disclose, and make

3

known in a manner not authorized by law, confidential information coming to him

in the course of his employment and official duties, which information concerned

and related to the processes and operations of the Criminal Intelligence Unit, in that

DANIEL SELLERS did disclose to Katherine P. Kealoha, an alleged victim of a

federal crime, confidential investigation information, which SELLERS learned from

sensitive law enforcement computer systems.

All in violation of Title 18, United States Code, Section 1905.

DATED:     January  _10_ , 2019.

MATTHEW G. WHITAKER
Acting Attorney General


MICHAEL G. WHEAT
ERIC J. BESTE
JANAKI S. GANDHI
COLIN M. MCDONALD
Special Attorneys of the United States

4